

Monday, May 19, 2014

No. 14–0550/AR.   U.S. v. Juan A. Botello.   CCA 20110743.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including June 3, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*